IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MISSISSIPPI TRANSPORTATION COMMISSION**                                                   **PLAINTIFF**

v.                                                                                          CAUSE NO. 1:23-cv-216-LG-BWR

**VESSEL ASHLEIGH AND CERTAIN BARGES,** *in rem* **and COOPER MARINE AND TIMBERLANDS CORPORATION,** *in personam*                                                                    **DEFENDANTS**

### JUDGMENT OF DISMISSAL

The parties have agreed to, and announced to the Court, a resolution of this case, the Court desires that this matter be finally closed on its docket.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this case is hereby **DISMISSED WITH PREJUDICE** as to all parties, with each to bear its own costs. The Court will retain jurisdiction for 30 days to enforce the terms of the settlement.

**SO ORDERED AND ADJUDGED** this the 21st day of March, 2024.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge